JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERI MCDUFFEY, Individually and as Successor-In-Interest to WILLIAM MCDUFFEY; ERIN MCDUFFEY; KELSIE JO DUTY; and BRANDON MCDUFFEY,<br><br>Plaintiffs,<br><br>v.<br><br>CANVAS CT, LLC f/k/a SPX Flow Inc., Individually and as Successor-In-Interest to Johnson Pump, only, et al.,<br><br>Defendant. | Case No. 2:23-cv-02491-AB-AS<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 28, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.